**SAO**
D. Lee Roberts, Esq.
Nevada Bar No. 8877
Jay A. Shafer, Esq.
Nevada Bar No. 9184
Weinberg, Wheeler, Hudgins,
   Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 0938-3864

*Attorneys for Defendants*
*Alaska Air Group, Inc; Alaska Airlines, Inc.;*
*and Horizon Air Industries, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA FINDLAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALASKA AIR GROUP, INC., a Delaware corporation; ALASKA AIRLINES, INC., an Alaska corporation; HORIZON AIR INDUSTRIES, INC., a Washington corporation; and DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:10-cv-01461-ECR-RJJ<br><br>ORDER GRANTING<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the respective counsel for the parties herein that the claims of Plaintiff, DONNA FINDLAY, against Defendants Defendants, Alaska Air Group, Inc., Alaska Airlines, Inc, and Horizon Air Industries, Inc. are hereby dismissed with prejudice with all parties to bear their own fees and costs.

The parties further agree that signatures by facsimile are sufficient for this Stipulation and Order and that the Stipulation may be signed in counterparts.

IT IS SO STIPULATED

DATED: 8-10-11

_[signature]_
AUBREY GOLDBERG, ESQ.
Nevada Bar No. 2200
GREENMAN, GOLDBERG, RABY
& MARTINEZ
601 S. Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Donna Findlay*

DATED: 8-10-11

_[signature]_
JAY A. SHAFER, ESQ.
Nevada Bar No. 9184
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendants, Alaska Air Group, Inc., Alaska Airlines, Inc, and Horizon Air Industries, Inc.*

## ORDER

This Court recognizes the parties' above-described Stipulation and HEREBY ORDERS that the claims of Plaintiff, DONNA FINDLAY, against Defendants Alaska Air Group, Inc., Alaska Airlines, Inc, and Horizon Air Industries, Inc. are DISMISSED with prejudice, with all parties to bear their own fees and costs.

DATED this 15th day of August, 2011.

_[signature] Edward C. Reed_
U.S. DISTRICT COURT JUDGE

Submitted by:

WEINBERG, WHEELER, HUDGINS
GUNN & DIAL, LLC.

_[signature]_
JAY A. SHAFER, ESQ.
6385 So. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants*